IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-5-M-KS

| | | |
|---|---|---|
| KATHY LANDIS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| THE ELEVANCE HEALTH COMPANIES, INC., f/k/a THE ANTHEM COMPANIES, INC., and AMERIGROUP CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion for Discovery Conference to address Defendants' assertion of attorney-client privilege and the work-product doctrine in response to discovery requests propounded by Plaintiffs. Prior to the filing of the instant motion, the court held a number of non-final pretrial conferences to address discovery disputes between the parties. (*See, e.g.*, Minute Entries [DE ## 79, 83, 86, 101].) Given the protracted history of the parties' discovery dispute, the procedural posture of the case, and the nature of the discovery dispute, the court finds that further conference is unlikely to aid in resolution of the parties' dispute.

Accordingly, the court DENIES the parties' Joint Motion for Discovery Conference [DE #103]. If the parties are unable to resolve their discovery dispute, Plaintiffs may file an appropriate motion, with supporting memorandum of no more

than ten (10) pages or 2800 words, by **April 22, 2025**. If Plaintiffs are requesting an award of attorney's fees and other expenses pursuant to Rule 37, the motion shall also be accompanied by an affidavit of any reasonable attorney's fees and expenses sought. Defendants shall have **ten (10) days** thereafter to file a memorandum of no more than ten (10) pages or 2800 words in response to any such discovery motion filed by Plaintiffs.

This 8th day of April 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge