IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KATHY LANDIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC. f/k/a THE ANTHEM COMPANIES, INC. and AMERIGROUP CORPORATION,<br><br>Defendants. | Case No. 4:23-cv-00005-M-KS<br><br><br>**PLAINTIFF'S MOTION TO AMEND CLASS DEFINITION** |

Plaintiff Kathy Landis, on behalf of herself and those similarly situated, by and through her undersigned counsel, hereby submits the following Motion to Amend Class Definition. This motion is based on Plaintiff's supporting memorandum, accompanying exhibits and all the files, records, and proceedings herein as well as further points and authorities presented to this Court.

Date: January 14, 2026

**NICHOLS KASTER, PLLP**

/s/*Rachhana T. Srey*
Rachhana T. Srey, MN Bar No. 340133*
H. Clara Coleman, MN Bar No. 0401743*
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
srey@nka.com
copperman@nka.com

* *admitted pro hac vice*

**BARRETT LAW OFFICES, PLLC**

/s/*William Barrett*
William Barrett, NC Bar No. 19545
Joshua M. Krasner, NC Bar No. 19132

5 West Hargett St., Suite 910
Raleigh, NC 27601
Telephone: (919) 999-2799
wbarrett@barrettlawoffices.com
jkrasner@barrettlawoffices.com

**Attorneys for Plaintiff, the Putative FLSA Collective, and the putative Rule 23 Class**